United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ofelia Fuentes, and other similarly situated individuals, Plaintiffs, <br> v. <br> Infinity Design 2 Inc., and others, Defendants. | Civil Action No. 16-24619-Civ-Scola |

### Order Approving FLSA Settlement And Dismissing Action

The parties to this FLSA action have asked the Court to approve of their settlement agreement and to dismiss the case. (ECF No. 15.) Having reviewed the record, the relevant legal authorities, and the settlement agreement, the Court finds the settlement agreement fair and reasonable.

The Court **approves** the parties' settlement agreement, **dismisses** this action with prejudice, and directs the Clerk to **close** this case. The Court reserves jurisdiction to enforce the parties' settlement agreement.

**Done and ordered** in chambers, at Miami, Florida, on December 22, 2016.

_____
Robert N. Scola, Jr.
United States District Judge